Decided December 5, 2000

## STATE OF CONNECTICUT *v.* FRANKLIN MOORE

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 901 (AC 19741), is denied.

*Annacarina Del Mastro*, assistant public defender, in support of the petition.

*Joy K. Fausey*, deputy assistant state's attorney, in opposition.

Decided December 5, 2000